**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4164-17T4

NEW CONCEPTS LEASING, INC.,

    Plaintiff-Appellant,

v.

THE BANCORP BANK, and TBBK
DIRECT LEASING, LLC,

    Defendants-Respondents.

_____

          Submitted July 10, 2018 — Decided August 23, 2018

          Before Judges O'Connor and Moynihan.

          On appeal from Superior Court of New Jersey,
          Law Division, Morris County, Docket No.
          L-1262-17.

          Wilentz, Goldman & Spitzer, PA, attorneys for
          appellant (Brian J. Molloy, of counsel and on
          the brief; Risa M. Chalfin, on the brief).

          Stevens & Lee, PC, attorneys for respondents
          (Bradley L. Mitchell and Robert Lapowsky, on
          the brief).

PER CURIAM

    Having been advised that the parties stipulated to the

dismissal of this appeal with prejudice and without costs after

amicably adjusting the issues in dispute, the appeal is accordingly

dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

A-4164-17T4